TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00253-CV

Carrollton-Farmers Branch Independent School District, Appellant

v.

Jim and Lyn Bethman, et al. (1), Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT

NO. 97-12533, HONORABLE F. SCOTT MCCOWN, JUDGE PRESIDING 

PER CURIAM

 This appeal was abated to allow the parties to take certain steps necessary under their
mediated settlement agreement. Appellant Carrollton-Farmers Branch Independent School District
has now filed an unopposed motion to dismiss the appeal. The motion also requests that costs be
taxed to the party incurring same. We reinstate the case, grant the motion, and dismiss the appeal.

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Appeal Dismissed on Appellant's Motion

Filed: June 29, 2001

Do Not Publish
1. Appellees are: Jim and Lyn Bethman, Gene and Denise Cook, Randy and Ranae Brigham,
Larry and Janet Elliot, Glenn and Suzanne Fitzpatrick, Colvin and Ann Gibson, Dan and Debra
McCoy, William and Darlene Parsons, Anthony and Marlene Riela, Ray and Linda Smith, William
and Paula Soulen, and Paul and Teri Traina. Other parties to the judgment are: Coppell Independent
School District and the Texas Education Agency.